**7**

Cal McCLENDON v. STATE. (No. 11139.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Liberty County; Thos. B. Coe, Judge. M. E. Cain, of Liberty, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor, punishment being one year in the penitentiary. The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review. We note, however, that

the judgment condemns appellant to be guilty of "selling" intoxicating liquor, when it should have been for "transporting." The judgment is accordingly corrected, so that it adjudges appellant to be guilty of the unlawful transportation of intoxicating liquor; as thus reformed, the judgment is affirmed.